had by plaintiff's assignor with defendants. The answer set up a general release. The Appellate Division held that the release was limited by its recitals to a stock account which the assignor also had with defendants and that, therefore, the general words of release therein were applicable only to claims arising out of that account, there being nothing on the face of the instrument indicating that matters other than those specifically referred to were intended to be discharged.

*Osmond K. Fraenkel* and *Louis Werner* for appellants.
*H. Barton Farr* and *Harold C. Havighurst* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARGARET A. DECKER, as Administratrix of the Estate of SEELEY DECKER, Deceased, Respondent, *v.* THE LEHIGH AND HUDSON RIVER RAILWAY COMPANY, Appellant.

*Negligence — master and servant — railroads — brakeman killed by coming in contact with overhead bridge.*

*Decker* v. *Lehigh & H. R. Ry. Co.*, 218 App. Div. 839, affirmed.
(Argued October 28, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 22, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action, under the Federal Employers' Liability Act, to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendant, his employer. The complaint alleged that intestate, a railroad brakeman, was killed by coming in contact with an overhead bridge at Belvidere, New Jersey, while engaged in his duties on a train proceeding from Phillipsburg, New Jersey, to Warwick, New York.

*John Bright* and *Clifford S. Beattie* for appellant.

*Ivan A. Gardner, Abram F. Servin* and *Charles E. Taylor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

VICTOR MELNECHUCK, Individually and on Behalf of Others, et al., Respondents, *v.* TIMOTHY CHOMKOWITZ et al., as President and Officers of the RUSSIAN GREEK ORTHODOX NATIONAL CHURCH OF THE HOLY TRINITY, Appellants.

*Associations — religious associations — injunction — action to enjoin exclusion of plaintiff and others from privileges of membership.*

*Melnechuck* v. *Chomkowitz*, 219 App. Div. 807, affirmed.

(Argued October 28, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1927, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The action was to enjoin the defendants from denying to plaintiff and others, who were permitted to intervene, the privileges of membership in the Russian Greek Orthodox National Church of the Holy Trinity, an unincorporated association, from which it was alleged, they had been unlawfully excluded.

*Theodore H. Lord* and *Maurice B. Gluck* for appellants.

*Herman Joseph, Charles J. Katzenstein, Joseph Fischer* and *Thomas H. Mahony* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.